■ In the Matter of ARTHUR S. LOWELL, an Attorney. — Petition granted only to the extent of appointing a Referee and suspending respondent from the practice of law as an attorney and counselor at law in the State of New York

effective August 17, 1981, all as indicated in the order of this court. Concur — Sandler, J. P., Sullivan, Ross, Lupiano and Silverman, JJ.